Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| Thomas M Kirberg, | Case No. 2:13-bk-13380-DPC |
| Debtors. | |

**NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE AT AUCTION**

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor will be sold at public auction with bidding online only at AuctionAZ.com. Online bidding will open on or before February 27th, 2015 and will close at 12:00pm on Wednesday, March 4th, 2015. If anyone places a bid within the last 30 seconds of closing, the bidding is extended an additional three minutes. Bidder may make arrangements to place bids in person, by fax, by email or via telephone by making prior arrangements with Cunningham & Associates. A $200.00 bidder deposit is required. The deposit can be made in person by cashier's check, or using a credit card through our online system. The property is available for preview on March 3rd, 2015 between 10:00am to 4:00pm at 6502 N 27th Ave Phoenix, AZ, by George Cunningham of Cunningham & Associates, Auctioneer. Said auctioneer's compensation will be 10% of the gross sales, plus the auctioneer's actual and necessary expenses not to exceed $1000.00.

PROPERTY TO BE SOLD:  Forklift and 2007 Big Tex Trailer VIN# 16VNX202172C50559

TERMS AND CONDITIONS OF SALE:    Cash or Cashier's Check

Any person opposing the application shall file a written objection on or before 21 days from the mailing of this notice, with the Clerk, U. S. Bankruptcy Court, 230 N. First Ave., Phoenix, AZ 85003, with a copy served on the U.S. Trustee, 230 N. First Ave. Suite 204, Phoenix, AZ 85003. A copy of the objection shall be forthwith mailed to the trustee at the following address: Maureen Gaughan, P.O Box 6729, Chandler, AZ 85246-6729.  If a person timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. If there are no timely objections and/or requests for hearing, no hearing will be held and the auctioneer may proceed to sell the property without further order of the Court.

   January 28, 2015_____                      By:  /s/ Maureen Gaughan_____
            DATE                                                                 MAUREEN GAUGHAN, Trustee